# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF KENTUCKY
# BOWLING GREEN DIVISION

**Electronically Filed**

| | |
|---|---|
| ASHLEY CANTERBURY | PLAINTIFF |
| and | |
| FRANKLIN CANTERBURY III | INTERVENING PLAINTIFF |

v.  CIVIL ACTION NO.: 1:18-cv-169-GNS
REMOVED FROM HART CIRCUIT COURT
NO. 18-CI-00178

BERTIS CARLSON TRUCKING, INC.
and
CHARLES L. HOLMES                                                                DEFENDANTS

\* \* \*

## NOTICE OF REMOVAL

For its Notice of Removal of this action from the Hart Circuit Court to the United States District Court for the Western District of Kentucky, Defendant Bertis Carlson Trucking, Inc. states:

1. On or about August 28, 2018, Plaintiff Ashley Canterbury filed a Complaint in Hart Circuit Court, Civil Action No. 18-CI-00178. Intervening Plaintiff Franklin Canterbury III filed an intervening Complaint in that action on October 16, 2018. Copies of all processes and pleadings in said action are attached hereto in accordance with 28 U.S.C. §1446(a).

2. To the best of information and belief, Plaintiff Ashley Canterbury is and was at all times relevant hereto, including the time of the commencement of civil action number 18-CI-00178 and the time of the filing of the Notice of Removal, a citizen and resident of the Commonwealth of Kentucky or the state of California.

3. To the best of information and belief, Plaintiff Franklin Canterbury III is and was at all times relevant hereto, including the time of the commencement of civil action number 18-CI-00178 and the time of the filing of the Notice of Removal, a citizen and resident of the Commonwealth of Kentucky.

4. Defendant Charles L. Holmes is and was at all times relevant hereto, including the time of the commencement of civil action number 18-CI-00178 and the time of the filing of the Notice of Removal, a resident of the state of Tennessee. Defendant Charles L. Holmes is not domiciled in, nor is he a citizen or resident of, the Commonwealth of Kentucky.

5. Defendant Bertis Carlson Trucking, Inc. is and was at all times relevant hereto, including the commencement of civil action number 18-CI-00178 and the time of the filing of the Notice of Removal, a corporation organized and existing under the laws of the state of Illinois and having its principal place of business in the state of Illinois. Bertis Carlson Trucking, Inc. is not a Kentucky business entity and does not and did not have its principal place of business in the Commonwealth of Kentucky.

6. This action is one that Defendant may remove to this Court pursuant to the provisions of 28 U.S.C. §1441(a) because this action is between citizens or residents of different states.

7. Pursuant to Kentucky practice, neither the Complaint nor Intervening Complaint in this action stated a specific amount in controversy. However, in written discovery responses served on October 29, 2018, Plaintiff asserted a claim for

compensatory damages in excess of $75,000, thereby indicating for the first time that the amount in controversy exceeds $75,000 exclusive of interest and costs.

8. This Notice of Removal is filed within thirty (30) days after Defendants first became aware of the removability of this action, as required by 28 U.S.C. §1446(b).

9. All Defendants consent to the removal of this action.

> Respectfully submitted,
>
> KOPKA PINKUS DOLIN, PC
> Stockard R. Hickey III
>
> /s/ Stockard R. Hickey III
> 462 South Fourth Street, Suite 101
> Louisville, Kentucky 40202
> Phone: 502.785.2809
> srhickey@kopkalaw.com
> Counsel for Defendants Bertis Carlson Trucking, Inc.
> and Charles L. Holmes

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was mailed, postage prepaid delivery, on November 29, 2018 to the following:

| | |
|---|---|
| Brian D. Cook, Esq. | Kevin M. Monsour, Esq. |
| Bahe, Cook, Cantley & Nefzger, PLC | Bruce Law Group |
| 1041 Goss Avenue | 1041 Goss Avenue, Suite 2 |
| Louisville, Kentucky 40217 | Louisville, Kentucky 40217 |
| Attorney for Plaintiff Ashley Canterbury | Attorney for Intervening Plaintiff Franklin Canterbury, III |

> /s/ Stockard R. Hickey III
> Counsel for Defendants