## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF KENTUCKY
## BOWLING GREEN DIVISION

**Electronically Filed**

| | |
|---|---|
| ASHLEY CANTERBURY | PLAINTIFF |
| and | |
| FRANKLIN CANTERBURY III | INTERVENING PLAINTIFF |
| | |
| v. | CIVIL ACTION NO.: 1:18-cv-00169-GNS |
| | |
| BERTIS CARLSON TRUCKING, INC. | |
| and | |
| CHARLES L. HOLMES | DEFENDANTS |

## AGREED ORDER

## EXTENDING PLAINTIFFS' EXPERT DEADLINES

The parties being heard and the Court being otherwise sufficiently advised;

IT IS HEREBY ORDERED that the Plaintiff and Intervening Plaintiff are hereby granted a six (6) – month extension of their expert witness deadlines.  This makes the Plaintiff's and Intervening Plaintiff's new deadline December 3, 2019 and the Defedants; new deadline February 1, 2020.  All other deadlines from the Court's January 14, 2019 scheduling order are similarly extended by six (6) months.

Tendered by:

Brian D. Cook
BAHE COOK CANTLEY & NEFZGER PLC
1041 Goss Ave.
Louisville, KY 40217
brian@bccnlaw.com
(502) 587-2002 – Telephone
(502) 587-2006 – Facsimile
*Counsel for Plaintiff, Ashley Canterbury*

and

Johnny B. Bruce
BRUCE LAW GROUP
1041 Goss Ave.
Louisville, KY 40217
(502) 851-3522
johnny@injurylaw-ky.com
*Counsel for Intervening Plaintiff,*
*Franklin Canterbury III, Executor of*
*the Estate of Franklin Canterbury II*

and

Stockard R. Hickey III
KOPKA PINKUS DOLIN, PC
462 South Fourth Street, Suite 101
Louisville, KY 40202
(502) 785-2818 – Telephone
srhickey@kopkalaw.com
*Counsel for Defendants Bertis Carlson Trucking Inc.*
*and Charles L. Holmes*