### UNITED STATES DISTRICT COURT
### WESTERN DISTRICT OF KENTUCKY
### BOWLING GREEN DIVISION

**Electronically Filed**

ASHLEY CANTERBURY                                        PLAINTIFF
and
FRANKLIN CANTERBURY III                      INTERVENING PLAINTIFF


v.                                    CIVIL ACTION NO.: 1:18-cv-00169-GNS


BERTIS CARLSON TRUCKING, INC.
CHARLES L. HOLMES
WALKER'S TOWING
and
JAMES WILLIAM MINTON                                    DEFENDANTS

** ** ** ** ** **

### ORDER DISMISSING AS SETTLED

The parties hereto being in agreement and the Court being otherwise sufficiently advised;

IT IS HEREBY ORDERED that any and all claims asserted in the above-styled action

shall be, and the same hereby are, dismissed with prejudice as settled, with the parties to bear

their own costs. This Order is final and appealable as there is no just reason for delay.


Greg N. Stivers, Chief Judge

United States District Court


April 29, 2020

Order Tendered by:

/s/ Stockard R. Hickey III
Counsel for Defendants


Have seen and agree to entry of order dismissing as settled:

/s/  Brian D. Cook (*with permission*)
Counsel for Ashley Canterbury


/s/  Kevin M. Monsour (*with permission*)
Counsel for Franklin Canterbury


/s/  Lucas A. Davidson (*with permission*)
Counsel for James Minton


/s/ Michael S. Vitale (*with permission*)
Counsel for Walker's Towing